# United States Court of Appeals
## For the First Circuit

Nos. 10-1277; 10-1278

UNITED STATES

Appellee

v.

DANNY REBOLLO-ANDINO, a/k/a El Gato

Defendant - Appellant

ORDER OF COURT

Entered: March 16, 2010
Pursuant to 1st Cir. R. 27.0(d)

Defendant Danny Rebollo-Andino filed two pro se notices of appeal (pleading Nos. 1792 and 1833) from the judgment entered in CR. No. 08-00398-ADC-14 (D. P.R.), which this court has docketed as Appeal Nos. 10-1277 and 10-1278. These appeals are duplicative of Appeal No. 10-1276, the notice of appeal (pleading No.1783) filed by counsel on February 7, 2010. Since three cases are not necessary to appeal the judgment, defendant-appellant is ordered either to move for voluntary dismissal of Appeal Nos. 10-1277 and 10-1278 pursuant to Fed. R. App. P. 42(b), or to show cause, in writing, why all three cases should remain open. The failure to take either action by **March 30, 2010**, may result in dismissal of Appeal Nos. 10-1277 and 10-1278 for lack of diligent prosecution. Loc. R. 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc: Olga B. Castellon Miranda
    George A. Massucco-LaTaif
    Nelson Jose Perez-Sosa
    Raymond Luis Sanchez-Maceira
    Mario Torres Marin
    Danny Rebollo-Andino